IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

EDWIN LETT                                                                                           PLAINTIFF

VS.                                                          CIVIL ACTION NO.  5:05cv171-DCB-MTP

SUE BUCKHALTER, ET AL.                                                                 DEFENDANT

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that defendants' motion for summary judgment [35] should be granted and  that plaintiff's claims should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that defendants' motion for summary judgment [35] is granted and that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the ___1st___ day of February, 2008.


                                                         s/ David Bramlette
                                              UNITED STATES DISTRICT JUDGE